Judge Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　） | NO.　CR04-5043RBL |
| 　　　　　Plaintiff,　　　　） | |
| 　　　　　　　　　　　　） | |
| 　　v.　　　　　　　　） | ORDER GRANTING JOINT |
| 　　　　　　　　　　　　） | MOTION TO REDUCE SENTENCE |
| SHAWN L. PORCHIA,　　　　） | RE CRACK COCAINE OFFENSE |
| 　　　　　Defendant.　　　） | PURSUANT TO 18 U.S.C. 3582 |

THIS MATTER comes before the Court upon the joint motion of the parties to reduce the defendant's sentence for a crack cocaine offense, pursuant to Title 18, United States Code, Section 3582.

The Court, having considered the entirety of the record and files herein, and the reasons stated in the motion, and the Court being fully advised in the matter, it is therefore

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the government shall submit a proposed

//
//
//
//
//

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 1
*U.S. v. Porchia*/CR04-5043RBL

1   Amended Judgment sentencing the defendant to __110__ months imprisonment, with all

2   other conditions remaining the same.

3   IT IS SO ORDERED this 11th day of March, 2008.

4

                    RONALD B. LEIGHTON

5                    UNITED STATES DISTRICT JUDGE

6   Presented by:

7   s/Douglas B. Whalley

8   DOUGLAS B. WHALLEY

    Assistant United States Attorney

9   United States Attorney's Office

10  700 Stewart Street, Suite 5220

11  Seattle, WA 98101-1271

    (206) 553-4882, Fax:  (206) 553-4440

12  E-mail: douglas.whalley@usdoj.gov

13  Washington State Bar #4625

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Motion to Reduce Sentence
Re Crack Cocaine Offense Pursuant to 18 U.S.C. 3582 – 2
*U.S. v. Porchia*/CR04-5043RBL